IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TEXAS NATIONALIST MOVEMENT and DANIEL MILLER, individually and on behalf of all other similarly situated, § § § § § § § § § § § § *Plaintiffs,* v. META PLATFORMS, INC., *Defendant.* | Civil Action No. 1:22-CV-00572 JUDGE MICHAEL J. TRUNCALE |

## ORDER DENYING PLAINTIFFS' MOTION TO REMAND

Before the Court is Plaintiffs' Motion to Remand. [Dkt. 29]. Subsequent to the filing of their Motion to Remand, Plaintiffs stipulated that the amount in controversy is satisfied for the purposes of diversity jurisdiction and the Class Action Fairness Act. [Dkt. 35 at 2–4]. Accordingly, Plaintiffs ask the Court to deny Plaintiffs' Motion to Remand. [*Id.*]. After considering the pleadings on file and all applicable law, the Court denies Plaintiffs' Motion to Remand.

It is therefore **ORDERED** that Plaintiffs' Motion to Remand [Dkt. 29] is hereby **DENIED**.

**SIGNED this 6th day of March, 2023.**

_____
Michael J. Truncale
United States District Judge